IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

**United States of America**

**vs**                                          **CR NO. 2:19-cr-00550-DCN-1**

**Lamar Louis Johnson**

# PLEA

The defendant, **Lamar Louis Johnson,** having withdrawn his plea of Not Guilty entered

August 11, 2020, pleads guilty to **Count(s)** _____1_____ of the **Superseding Indictment,**

after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
December 8, 2020