IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:19-cr-550-DCN (1) |
| ) | |
| vs. ) | |
| ) | |
| LAMAR LOUIS JOHNSON ) | |
| a/k/a "MCJAG" ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE
## AS TO LAMAR LOUIS JOHNSON

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Lamar Louis Johnson, ("Johnson", "Defendant"), based on the defendant's conviction of conspiracy to distribute 5 kilograms or more of cocaine and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

                                        Respectfully submitted,

                                        PETER M. MCCOY, JR.
                                        UNITED STATES ATTORNEY

                                  By:   *s/Carrie Fisher Sherard*
                                        Carrie Fisher Sherard #10134
                                        Assistant United States Attorney
                                        55 Beattie Place, Suite 700
                                        Greenville, SC 29601
                                        (864) 282-2100

December 10, 2020

2:19-cr-00550-DCN     Date Filed 12/10/20     Entry Number 715     Page 2 of 2